AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liliana Carolina Yanes, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,<br><br>*Defendant(s)* | Civil Action No. 23-9454 (JMA)(AYS) |

**SUMMONS IN A CIVIL ACTION**

To:    Rakeshbhai Patel
       4110 Hempstead Turnpike
       Bethpage, NY 11714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Steven John Moser
   Moser Law Firm, PC
   133 C New York Avenue
   Huntington, NY  11743
   steven.moser@moserlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  12/28/2023                                    *Concetta Landow*
                                                     *Signature of Clerk or Deputy Clerk*