UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Liliana Carolina Yanes, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,**<br><br>*Defendant* | Civil Action No. 1:23-cv-09454 |

## AFFIDAVIT OF SERVICE

Roy Beierlein, being sworn deposes that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on January 8, 2024, at 1:59 pm at 4110 Hempstead Turnpike, Bethpage, NY 11714, Deponent served the within Complaint, Summons Darpan Patel, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Darpan Patel, Defendant therein named, (hereinafter referred to as "subject") by workplace substituted service by leaving the following documents at the place of business of Darpan Patel with Wendy Salazar who is the Manager / Cashier and of suitable age and discretion. First class mailing was completed on January 10, 2024 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

Additional Description:
Darpan and Rakesh Patel do not visit the establishment at all. Ronak does not visit regularly. The manager on duty, Wendy Salazar, put me on the phone with Ronak. I spoke with subject Ronak Patel, who asked that I hand all 3 sets of documents to Wendy Salazar, who is authorised to accept.

Hispanic or Latino Female, est. age 25-34, glasses: Y, Black hair, 180 lbs to 200 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.7247039,-73.4843247

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who

is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statuses.

Executed in Nassau County, NY on 1/10/2024.

/s/ *Roy Beierlein*

Signature
Server Name: Roy Beierlein
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA