# AFFIDAVIT OF SERVICE

| Case:<br>1:23-cv-09454 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | County:<br>, NY | Job:<br>10250329 (433945) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Liliana Carolina Yanes, (individually and on behalf of all others similarly situated) | | **Defendant / Respondent:**<br>Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel, | |
| **Received by:**<br>Guardian Process Serving | | **For:**<br>PROOF | |
| **To be served upon:**<br>Nilkhant 2 Car Wash LLC C/O NEW YORK SECRETARY OF STATE | | | |

I, David Jacques, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Nancy Dougherty, ONE COMMERCE PLAZA: 99 WASHINGTON AVE, ALBANY, NY 12210
**Manner of Service:** Secretary of State, Jan 16, 2024, 4:21 pm EST
**Documents:** Summons and Complaint (Received Jan 5, 2024 at 11:49am EST)

**Additional Comments:**
1) Successful Attempt: Jan 16, 2024, 4:21 pm EST at ONE COMMERCE PLAZA: 99 WASHINGTON AVE, ALBANY, NY 12210 received by Nancy Dougherty. Age: 50-60; Ethnicity: Caucasian; Gender: Female; Weight: 120-140; Height: 5'4"; Hair: Brown; Relationship: BUSINESS DOCUMENT SPEC 2;

_____  01/19/2024
David Jacques             Date

Guardian Process Serving
137 EXCHANGE ST
ALBANY, NY 12205
518.212.7355

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
1/19/24      5/28/27
Date         Commission Expires

ANDREW L ROBERTS
01RO4982094
Notary Public, State of New York
Qualified in SCHENECTADY County
My commission expires MAY 28th, 20 27