UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liliana Carolina Yanes, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>-*against*-<br><br>Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,<br><br>Defendant(s). | **Case No. 23-cv-09454** |

### DECLARATION OF STEVEN J. MOSER IN SUPPORT OF REQUEST TO ISSUE CERTIFICATE(S) OF DEFAULT

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the attorney for the Plaintiff in this action.

2. I am admitted to practice before this Court.

3. I submit this declaration in support of Plaintiffs' Request for Issuance of Certificate(s) of Default.

### Defendant Rakeshbhai Patel

4. A summons was issued as to Defendant Rakheshbhai Patel on December 28th, 2023. *See* ECF Docket Entry No. 4. The Summons and Complaint was served upon the Defendant Rakheshbhai Patel on January 10th, 2024. Proof of service of the Complaint upon Rakheshbhai Patel was filed on January 18th, 2024. *See* ECF Docket Entry No. 6.

5. The time for Defendant Rakheshbhai Patel to answer or otherwise move with respect to the complaint herein has expired.

6. The Defendant Rakheshbhai Patel has not answered or otherwise moved with regard to the Complaint.

1

### Defendant Darpan Patel

7. A summons was issued as to Defendant Darpan Patel on December 28th, 2023. *See* ECF Docket Entry No. 4. The Summons and Complaint was served upon the Defendant Darpan Patel on January 10th, 2024. Proof of service of the Complaint upon Darpan Patel was filed on January 18th, 2024. *See* ECF Docket Entry No. 7.

8. The time for Defendant Darpan Patel to answer or otherwise move with respect to the complaint herein has expired.

9. The Defendant Darpan Patel has not answered or otherwise moved with regard to the Complaint.

### Defendant Ronak Patel

10. A summons was issued as to Defendant Ronak Patel on December 28th, 2023. *See* ECF Docket Entry No. 4. The Summons and Complaint was served upon the Defendant Ronak Patel on January 10th, 2024. Proof of service of the Complaint upon Darpan Patel was filed on January 18th, 2024. *See* ECF Docket Entry No. 8.

11. The time for Defendant Ronak Patel to answer or otherwise move with respect to the complaint herein has expired.

12. The Defendant Ronak Patel has not answered or otherwise moved with regard to the Complaint.

### Defendant Nilkhant 2 Car Wash, LLC.

13. A summons was issued as to Defendant Nilkhant 2 Car Wash, LLC. on December 28th, 2023. *See* ECF Docket Entry No. 4. The Summons and Complaint was served upon the Defendant Nilkhant 2 Car Wash, LLC. on January 19th, 2024. Proof of service of the Complaint upon Nilkhant 2 Car Wash, LLC. was filed on February 5th, 2024. *See* ECF Docket Entry No. 12.

14. The time for Defendant Nilkhant 2 Car Wash, LLC. to answer or otherwise move with respect to the complaint herein has expired.

15. The Defendant Nilkhant 2 Car Wash, LLC. has not answered or otherwise moved with regard to the Complaint.

WHEREFORE, Plaintiff requests that the default of Defendant(s) Rakeshbhai Patel, Darpan Patel, Ronak Patel and Nilkhant 2 Car Wash, LLC. be noted and that a Certificate of Default be issued with regard to said Defendants.

Dated: Huntington, New York
February 23rd, 2024

_____
Steven J. Moser

## CERTIFICATE OF SERVICE

I, Shirley Navarro-Losito, hereby certify under the penalties of perjury that (1) I am over 18 years of age and not a party to this action, and (2) on February 23, 2024, I delivered via first class mail, courtesy of the United States Postal Service, a copy of the foregoing Declaration, and the proposed Certificate(s) of Default upon the Defendant(s) at the following address(es).

**Nilkhant 2 Car Wash, LLC. d/b/a Bethpage Car Wash**
**4110 Hempstead Turnpike**
**Bethpage, NY 11714**

**Rakeshbhai Patel**
**4110 Hempstead Turnpike**
**Bethpage, NY 11714**

**Darpan Patel**
**4110 Hempstead Turnpike**
**Bethpage, NY 11714**

**Ronak Patel**
**4110 Hempstead Turnpike**
**Bethpage, NY 11714**

Dated: Huntington, New York
February 23, 2024

_Shirley Navarro-Losito_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liliana Carolina Yanes, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　　　Plaintiff(s),<br><br>-against-<br><br>Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,<br><br>　　　　　　　　　　　　　　　Defendant(s). | Case No. 23-cv-09454<br><br>**CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANT DARPAN PATEL** |

# C E R T I F I C A T E

I, DOUGLAS C. PALMER, Clerk of United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that Defendant DARPAN PATEL was served with the Summons and Complaint on January 10th, 2024.

I further certify that the docket entries indicate that the Defendant DARPAN PATEL has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant DARPAN PATEL is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liliana Carolina Yanes, individually and on behalf of all others similarly situated,<br><br>                                                Plaintiff(s),<br><br>-*against*-<br><br>Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,<br><br>                                                  Defendant(s). | Case No. 23-cv-09454<br><br>**CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANT RONAK PATEL** |

# C E R T I F I C A T E

I, DOUGLAS C. PALMER, Clerk of United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that Defendant RONAK PATEL was served with the Summons and Complaint on January 10th, 2024.
I further certify that the docket entries indicate that the Defendant RONAK PATEL has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant RONAK PATEL is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____


                                                                                      DOUGLAS C. PALMER
                                                                                      Clerk of the Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Liliana Carolina Yanes, individually and on behalf of all others similarly situated,

    Plaintiff(s),

-against-

Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,

    Defendant(s).

Case No. 23-cv-09454

**CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANT RAKESHBHAI PATEL**

# C E R T I F I C A T E

I, DOUGLAS C. PALMER, Clerk of United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that Defendant RAKESHBHAI PATEL was served with the Summons and Complaint on January 19TH, 2024.

I further certify that the docket entries indicate that the Defendant RAKESHBHAI PATEL has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant RAKESHBHAI PATEL is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____

 

_____
DOUGLAS C. PALMER
Clerk of the Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liliana Carolina Yanes, individually and on behalf of all others similarly situated,<br><br>          Plaintiff(s),<br><br>-against-<br><br>Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,<br><br>          Defendant(s). | Case No. 23-cv-09454<br><br>**CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANT NILKHANT 2 CAR WASH, LLC.** |

# C E R T I F I C A T E

I, DOUGLAS C. PALMER, Clerk of United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that Defendant Nilkhant 2 Car Wash, LLC. was served with the Summons and Complaint on January 19th, 2024.

I further certify that the docket entries indicate that the Defendant Nilkhant 2 Car Wash, LLC. has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant Nilkhant 2 Car Wash, LLC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____

                     _____
                     DOUGLAS C. PALMER
                     Clerk of the Court