UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LILIANA CAROLINA YANES, individually and
On behalf of all others similarly situated

                Plaintiff,                  **CLERK'S CERTIFICATE**
                                                         **OF DEFAULT**
    - against -                              CV 23-9454 (JMA) (AYS)

NILKHANT 2 CAR WASH, LLC, d/b/a Bethpage
Car Wash, RAKESHBHAI PATEL, DARPAN PATEL
and RONAL PATEL,

                Defendants.
-------------------------------------------------------------------X

      **I,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants NILKHANT 2 CAR WASH, LLC, RAKESHBHAI PATEL, DARPAN PATEL and RONAL PATEL have not filed an answer or otherwise moved with respect to the Complaint, and that the time to answer or move has expired.

      The defaults of defendants NILKHANT 2 CAR WASH, LLC, RAKESHBHAI PATEL, DARPAN PATEL and RONAL PATEL are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: February 23, 2024
       Central Islip, New York

                                                        BRENNA B. MAHONEY
                                                      CLERK OF COURT

                                        BY:    /S/ JAMES J. TORITTO
                                                      DEPUTY CLERK