**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x

Liliana Carolina Yanes, *individually and on behalf of all others similarly situated,*

                         Plaintiffs,

    -against-

Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,

                    Defendants.

------------------------------------------------------------------------------- x

Case No. 23-cv-09454-JMA-AYS

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    The undersigned attorneys are admitted to practice in this Court and appear in this case as the attorneys of record for the defendants, and demand service of all papers in this action.

Dated: Massapequa, New York
       March 5, 2024

                                    /s/ Ira Levine
                                    IRA LEVINE, ESQ.
                                    543 Broadway
                                    Attorney for Defendants
                                    Massapequa, New York 11758
                                    Tel:  516-541-1072
                                    Email: ilevinelaw@optonline.net