**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x

Liliana Carolina Yanes, *individually and on behalf of all others similarly situated*,

                     Plaintiffs,

     -against-

Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,

                     Defendants.

------------------------------------------------------------------------------- x

Case No. 23-cv-09454-JMA-AYS

**STATEMENT PURSANT TO FRCP 7.1**

Defendants Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, by its attorney, IRA LEVINE, ESQ., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of their stock.

The foregoing is certified to be true under penalty of perjury.

Dated: Massapequa, New York
       March 5, 2024

                                                      _____
                                                      IRA LEVINE, ESQ.
                                                      543 Broadway
                                                      Attorney for Defendants
                                                      Massapequa, New York 11758
                                                      Tel:  516-541-1072
                                                      Email: ilevinelaw@optonline.net