# IRA LEVINE, ESQ.
*Attorney at Law*

---

543 Broadway
Massapequa, New York 11758-5009
(516) 541-1072
ilevinelaw@optonline.net

March 10, 2024

Hon. Anne Y. Shields,
   United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    Yanes v. Nilkhant 2 Car Wash, LLC, et al.
        Case No. 23-cv-09454-JMA-AYS

Dear Magistrate Judge Shields:

    I represent the defendants. Attached herewith please find a Stipulation signed by counsel for the plaintiff and me. The Stipulation vacates the defendants' default in answering and permits them to answer the complaint by February 22, 2024. The Stipulation also extends the time for the plaintiff to move for conditional certification to May 17, 2024, and tolls the statute of limitations accordingly.

    Defendants respectfully request that the Court "so order" and approve the Stipulation.

                                Respectfully submitted,

                                IRA LEVINE