# IRA LEVINE, ESQ.
*Attorney at Law*

---

543 Broadway
Massapequa, New York 11758-5009
(516) 541-1072
ilevinelaw@optonline.net

March 11, 2024

Hon. Anne Y. Shields,
   United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   Yanes v. Nilkhant 2 Car Wash, LLC, et al.
       Case No. 23-cv-09454-JMA-AYS

Dear Magistrate Judge Shields:

    I represent the defendants.

    I submit a corrected Stipulation for the Court's consideration. The corrected Stipulation fixes the typographical mistakes of the previously filed Stipulation. It vacates the defendants' default, fixes March 22, 2024 as the deadline for the defendants to answer the complaint, and extends the time for the plaintiff to move for conditional certification, and tolls the statute of limitations accordingly to May 17, 2024.

    Defendants respectfully request that the Court "so order" and approve the corrected Stipulation.

                                Respectfully submitted,

                                IRA LEVINE