UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x
Liliana Carolina Yanes, *individually and on behalf of all others similarly situated,*

                               Plaintiffs,

           -against-

Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel,

                               Defendants.
------------------------------------------------------------------------------- x

Case No. 23-cv-09454-JMA-AYS

**ANSWER TO COMPLAINT**

       Defendants, by their attorney, IRA LEVINE, ESQ., as and for their answer to the Complaint:

## **WITH RESPECT TO NATURE OF THE CLAIM**

       1.      Deny the allegations contained in ¶ 1 of the Complaint.

## **WITH RESPECT TO JURISDICTION AND VENUE**

       2.      Neither admit nor deny the allegations contained in ¶ 2 of the Complaint as same does not assert any facts which require a response.  To the extent that a response is required, Defendants deny the allegations contained in ¶ 2 of the Complaint.

       3.      Neither admit nor deny the allegations contained in ¶ 3 of the Complaint as same does not assert any facts which require a response.  To the extent that a response is required, Defendants deny the allegations contained in ¶ 3 of the Complaint.

       4.      Neither admit nor deny the allegations contained in ¶ 4 of the Complaint as same does not assert any facts which require a response.  To the extent that a response is required, Defendants deny the allegations contained in ¶ 4 of the Complaint.

## **WITH RESPECT TO PARTIES**

5. Deny knowledge and information sufficient to form a belief with respect to the allegations contained in ¶ 5 of the Complaint.

6. Deny the allegations contained in ¶ 6 of the Complaint.

7. Admit the allegations contained in ¶ 7 of the Complaint.

8. Admit the allegations contained in ¶ 8 of the Complaint.

9. Admit the allegations contained in ¶ 9 of the Complaint.

10. Admit the allegations contained in ¶ 10 of the Complaint.

11. Deny knowledge and information sufficient to form a belief with respect to the allegations contained in ¶ 11 of the Complaint.

12. Deny knowledge and information sufficient to form a belief with respect to the allegations contained in ¶ 12 of the Complaint.

13. Deny the allegations contained in ¶ 13 of the Complaint.

14. Deny the allegations contained in ¶ 14 of the Complaint.

15. Deny the allegations contained in ¶ 15 of the Complaint.

16. Deny the allegations contained in ¶ 16 of the Complaint.

17. Deny the allegations contained in ¶ 17 of the Complaint.

18. Deny the allegations contained in ¶ 18 of the Complaint.

19. Deny the allegations contained in ¶ 19 of the Complaint.

20. Deny the allegations contained in ¶ 20 of the Complaint.

21. Deny the allegations contained in ¶ 21 of the Complaint.

22. Deny the allegations contained in ¶ 22 of the Complaint.

23. Deny the allegations contained in ¶ 23 of the Complaint.

24. Deny the allegations contained in ¶ 24 of the Complaint.

25. Deny the allegations contained in ¶ 25 of the Complaint.

26. Deny the allegations contained in ¶ 26 of the Complaint.

27. Deny the allegations contained in ¶ 27 of the Complaint.

28. Deny the allegations contained in ¶ 28 of the Complaint.

29. Deny the allegations contained in ¶ 29 of the Complaint.

30. Deny the allegations contained in ¶ 30 of the Complaint.

31. Deny the allegations contained in ¶ 31 of the Complaint.

32. Deny the allegations contained in ¶ 32 of the Complaint, except had been employed at the car wash.

33. Deny the allegations contained in ¶ 33 of the Complaint.

34. Deny the allegations contained in ¶ 34 of the Complaint.

35. Deny the allegations contained in ¶ 35 of the Complaint.

36. Deny the allegations contained in ¶ 36 of the Complaint.

37. Deny the allegations contained in ¶ 37 of the Complaint.

38. Deny the allegations contained in ¶ 38 of the Complaint.

39. Deny the allegations contained in ¶ 39 of the Complaint.

40. Deny the allegations contained in ¶ 40 of the Complaint.

41. Deny the allegations contained in ¶ 41 of the Complaint.

42. Deny the allegations contained in ¶ 42 of the Complaint.

43. Deny the allegations contained in ¶ 43 of the Complaint.

44. Deny the allegations contained in ¶ 44 of the Complaint.

45. Deny the allegations contained in ¶ 45 of the Complaint.

46. Deny the allegations contained in ¶ 46 of the Complaint.

47. Deny the allegations contained in ¶ 47 of the Complaint.

48. Deny the allegations contained in ¶ 48 of the Complaint.

49. Deny the allegations contained in ¶ 49 of the Complaint.

50. Deny the allegations contained in ¶ 50 of the Complaint.

51. Deny the allegations contained in ¶ 51 of the Complaint.

52. Deny the allegations contained in ¶ 52 of the Complaint.

53. Deny the allegations contained in ¶ 53 of the Complaint.

54. Deny the allegations contained in ¶ 54 of the Complaint.

55. Deny the allegations contained in ¶ 55 of the Complaint.

56. Deny the allegations contained in ¶ 56 of the Complaint.

### **WITH RESPECT TO THE FIRST CAUSE OF ACTION**

57. Defendants repeat, reallege and incorporate their responses as set forth in ¶¶ 1-56 of the Answer as if fully set forth herein.

58. Deny the allegations contained in ¶ 58 of the Complaint.

59. Deny the allegations contained in ¶ 59 of the Complaint.

60. Deny the allegations contained in ¶ 60 of the Complaint.

61. Deny the allegations contained in ¶ 61 of the Complaint.

62. Deny the allegations contained in ¶ 62 of the Complaint.

63. Deny the allegations contained in ¶ 63 of the Complaint.

### **WITH RESPECT TO THE SECOND CAUSE OF ACTION**

64. Defendants repeat, reallege and incorporate their responses as set forth in ¶¶ 1-63 of the Answer as if fully set forth herein.

65. Deny the allegations contained in ¶ 65 of the Complaint.

66. Deny the allegations contained in ¶ 66 of the Complaint.

67. Deny the allegations contained in ¶ 67 of the Complaint.

68. Deny the allegations contained in ¶ 68 of the Complaint.

### WITH RESPECT TO THE THIRD CAUSE OF ACTION

69. Defendants repeat, reallege and incorporate their responses as set forth in ¶¶ 1-68 of the Answer as if fully set forth herein.

70. Neither admit nor deny the allegations contained in ¶ 70 of the Complaint and beg leave to refer to the statute quoted for the rights and obligations of the parties thereto. To the extent that an answer is required, defendants deny knowledge and information sufficient to form a belief with respect to the allegations contained in 70 of the Complaint.

71. Deny the allegations contained in ¶ 71 of the Complaint.

72. Deny the allegations contained in ¶ 72 of the Complaint.

73. Deny the allegations contained in ¶ 73 of the Complaint.

### WITH RESPECT TO THE FOURTH CAUSE OF ACTION

74. Defendants repeat, reallege and incorporate their responses as set forth in ¶¶ 1-73 of the Answer as if fully set forth herein.

75. Neither admit nor deny the allegations contained in ¶ 75 of the Complaint and beg leave to refer to the statute quoted for the rights and obligations of the parties thereto. To the extent that an answer is required, defendants deny knowledge and information sufficient to form a belief with respect to the allegations contained in 75 of the Complaint.

76. Deny the allegations contained in ¶ 76 of the Complaint.

77. Deny the allegations contained in ¶ 77 of the Complaint.

78. Deny the allegations contained in ¶ 78 of the Complaint.

79. Deny the allegations contained in ¶ 79 of the Complaint.

## WITH RESPECT TO THE FIFTH CAUSE OF ACTION

80. Defendants repeat, reallege and incorporate their responses as set forth in ¶¶ 1-79 of the Answer as if fully set forth herein.

81. Neither admit nor deny the allegations contained in ¶ 81 of the Complaint and beg leave to refer to the statute quoted for the rights and obligations of the parties thereto. To the extent that an answer is required, defendants deny knowledge and information sufficient to form a belief with respect to the allegations contained in 81 of the Complaint.

82. Deny the allegations contained in ¶ 82 of the Complaint.

83. Deny the allegations contained in ¶ 83 of the Complaint.

84. Deny the allegations contained in ¶ 84 of the Complaint.

85. Deny the allegations contained in ¶ 85 of the Complaint.

## WITH RESPECT TO THE SIXTH CAUSE OF ACTION

86. Defendants repeat, reallege and incorporate their responses as set forth in ¶¶ 1-85 of the Answer as if fully set forth herein.

87. Deny the allegations contained in ¶ 87 of the Complaint.

88. Deny the allegations contained in ¶ 88 of the Complaint.

## WITH RESPECT TO THE SEVENTH CAUSE OF ACTION

89. Defendants repeat, reallege and incorporate their responses as set forth in ¶¶ 1-88 of the Answer as if fully set forth herein.

90. Deny the allegations contained in ¶ 90 of the Complaint.

91. Deny the allegations contained in ¶ 91 of the Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

92. Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitation.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

93. This action is barred by the doctrines of waiver and estoppel.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

94. Plaintiff cannot recover liquidated damages under FLSA or the New York State Labor Law because Defendants acted in good faith and believed that their conduct did not violate the FLSA or the New York State Labor Law.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

95. The acts and omissions of Defendants, if any, were made in good faith and based upon reasonable grounds that such acts or omissions did not violate and were in conformity with all applicable statutes, regulations, orders, rulings, approvals or interpretations of same as promulgated by The United States Department of Labor, The New York State Department of Labor, and all other applicable departments and agencies having jurisdiction therefor.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

96. The complaint is barred, in whole or in part, by the doctrine of payment.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

97. The complaint is barred, in whole or in part, by virtue of the doctrine of release.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

98. Defendants are entitled to a set-off with respect to the monies paid for any hours that Plaintiff was not actually working.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

99. The causes of action herein have been waived and/or barred by reason of Plaintiff's failure to give proper and timely notice to Defendants of her claims.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

100. The complaint is barred, in whole or in part, by virtue of the doctrine of collateral estoppel.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

101. If Defendants are found to have failed to pay the appropriate compensation, any such violations are *de minimis*.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

102. This Court does not have, should decline to exercise, supplemental jurisdiction over some or all of the state law claims asserted by Plaintiff.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

103. Plaintiff's claims are barred because some or all of Defendants were not Plaintiff's "employer" as such term may be defined under applicable federal or state laws.

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

104. Liquidated damages are not fully available for both FLSA claims and NY State Labor Law claims.

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

105. Plaintiff cannot prevail in the absence of any documentary evidence to corroborate allegations of overtime or the other allegations herein.

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

106. Plaintiff's claims are barred by documentary evidence.

WHEREFORE, Defendants demand judgment:

a. Dismissing the Complaint against these Defendants;

b. Awarding these Defendants the costs and disbursements of this action.

Dated: Massapequa, New York
      March 22, 2024

_____
IRA LEVINE, ESQ.
Attorney for Defendants
543 Broadway
Massapequa, New York 11758
(516) 541-1072
ilevinelaw@optonline.net