

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 05, 2024

**VIA ECF**

Hon. Anne Y Shields, USMJ
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11717

    Re:    *Yanes v Nilkhant 2 Car Wash (FLSA),* Case No. 23-cv-09454

Dear Judge Shields:

    We represent the Plaintiff in the above-mentioned matter. We write the Court to inform you that the parties are holding a Mediation on Monday July 8th. For this reason, we ask for a brief one week extension on the Settlement Report due today 7/5/2024.

    Respectfully Submitted,

    *Steven J. Moser*

    Steven J. Moser

CC:    All counsel of record via ECF