

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 12, 2024

**VIA ECF**

Hon. Anne Y Shields, USMJ
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11717

      Re:    *Yanes v Nilkhant 2 Car Wash (FLSA),* Case No. 23-cv-09454

Dear Judge Shields:

      We represent the Plaintiff in the above-mentioned case. We write as ordered by Your Honor to inform the Court that Mediation on this case took place on Monday July 8th, 2024 and the case was not settled.

                                Respectfully Submitted,

                                *Steven J. Moser*

                                Steven J. Moser

CC:    All counsel of record via ECF