

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 29, 2024

**VIA ECF**

Hon. Anne Y Shields, USMJ
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11717

    Re:    *Yanes v Nilkhant 2 Car Wash (FLSA),* Case No. 23-cv-09454

Dear Judge Shields:

    Consistent with the Court's order dated July 15, 2024 the parties jointly submit the annexed scheduling order.

    Respectfully Submitted,

*Steven J. Moser*

Steven J. Moser

CC:    All counsel of record via ECF