

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

September 27, 2024

**VIA ECF**

Hon. Anne Y Shields, USMJ
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11717

    Re:    *Yanes v Nilkhant 2 Car Wash (FLSA),* Case No. 23-cv-09454

Dear Judge Shields:

    I represent the Plaintiff Liliana Yanes.  By this letter the parties jointly move for an amendment of the scheduling order which was so-ordered on July 30, 2024. The reason for this request is that the attorney for the defendants had a recent health emergency.  This is the first request for an extension.

    The parties request that the dates be extended as follows:

|  | Original Date | New Date |
|---|---|---|
| Defendants to Respond to Plaintiff's Interrogatories and RFPS dated July 19, 2024 | 8/23/2024 | 10/11/2024 |
| Completion of Depositions | 9/21/2024 | 11/22/2024 |
| Requests for Admissions and Supp Discovery Requests to be Served | 10/15/2024 | 12/13/2024 |
| Responses to Requests for Admissions and Supp Discovery Requests to be Served | 12/15/2024 | 1/17/2025 |
| Date for Completion of All Fact Discovery | 11/29/2024 | 1/31/2025 |
| Deadline to file Pre-Motion Letter re Dispositive Motions | 12/31/2024 | 2/28/2025 |

    The parties do not anticipate the need for expert discovery.

                                        Respectfully Submitted,

                                        *Steven J. Moser*
                                        Steven J. Moser

CC:    All counsel of record via ECF