UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liliana Carolina Yanes, | ) |
| | ) |
| Plaintiff(s), | )    **Case No. 23-cv-09454 (AYS)** |
| | ) |
| -*against*- | ) |
| | ) |
| Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel, | ) ) |
| | ) |
| Defendant(s). | ) |
| | ) |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiff, Liliana Carolina Yanes, pursuant to Fed. R. Civ. P. 68, hereby accepts the Offer of Judgment made by Defendants Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel dated October 30, 2024, a copy of which is attached hereto as Exhibit 1.  Proof of service of the Offer and Acceptance is annexed hereto as Exhibit 2.  A proposed judgment consistent with the offer of judgment is annexed hereto as Exhibit 3.

Dated:  October 30, 2024
       Huntington, New York

                                              MOSER LAW FIRM, P.C.

                                              *Steven John Moser*
                                              Steven John Moser (SM6628)
                                              5 East Main Street
                                              Huntington, New York 11743
                                              steven.moser@moserlawfirm.com
                                              (631) 824-0200
                                              *Attorneys for Plaintiff(s)*

TO: Ira Levine (ilevinelaw@optonline.net)