UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liliana Carolina Yanes, | ) |
| | ) |
| Plaintiff(s), | )    **Case No. 23-cv-09454 (AYS)** |
| | ) |
| -*against*- | ) |
| | ) |
| Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel, | ) ) |
| | ) |
| Defendant(s). | ) |
| | ) |

### PROOF OF SERVICE OF RULE 68 OFFER AND ACCEPTANCE

On October 30, 2024, via electronic mail, counsel for Defendants served an Offer of Judgment (the "Offer") upon Plaintiff Liliana Carolina Yanes. I affirm that on or about October 30, 2024, acting on behalf of Plaintiff, Liliana Carolina Yanes, I filed and served (via ECF) an acceptance of that Offer.

Dated: October 30, 2024
       Huntington, New York

                                     MOSER LAW FIRM, P.C.

                                     *Steven John Moser*
                                     Steven John Moser (SM6628)
                                     5 East Main Street
                                     Huntington, New York 11743
                                     steven.moser@moserlawfirm.com
                                     (631) 824-0200
                                     *Attorneys for Plaintiff(s)*

TO: Ira Levine (ilevinelaw@optonline.net)