UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liliana Carolina Yanes,<br><br>                                Plaintiff(s),<br><br>           -against-<br><br>Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash,<br>Rakeshbhai Patel, Darpan Patel and Ronak Patel,<br><br>                                Defendant(s). | **PROPOSED JUDGMENT**<br><br>**Case No. 23-cv-09454 (AYS)** |

WHEREAS, on or about October 30, 2024, Defendants Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel, extended to Plaintiff Liliana Carolina Yanes, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of TWENTY FIVE THOUSAND DOLLARS ($25,000.00); and

WHEREAS Plaintiff Liliana Carolina Yanes accepted that offer, and filed the offer, and acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, Liliana Carolina Yanes, have judgment against Defendants Nilkhant 2 Car Wash, LLC d/b/a Bethpage Car Wash, Rakeshbhai Patel, Darpan Patel and Ronak Patel, jointly and severally, in the amount of TWENTY FIVE THOUSAND DOLLARS ($25,000.00), inclusive of all legal fees, interest, and costs, with such judgment to be paid ON OR BEFORE January 31, 2025; and it is further;

ADJUDGED and DECREED, Pursuant to NYLL § 198(4) if this judgment is not paid in full on or before January 31, 2025, the amount of this judgment will automatically increase by ($3,750.00) 15%; and it is further,

ADJUDGED and DECREED, Pursuant to NYLL § 198(4) if this judgment is not paid in full on or before January 31, 2025, Plaintiff "shall have the right to collect [additional] attorney's fees

and costs incurred in enforcing [this] judgment."

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: October \_\_\_\_, 2024.

_____
Hon. Anne Y. Shields
U.S. Magistrate Court Judge