**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LILIANA CAROLINA YANES,

                Plaintiff,

  - against -                                 **JUDGMENT**
                                             CV 23-9454 (AYS)

NILKHANT 2 CAR WASH, LLC d/b/a Bethpage
Car Wash, RAKESHBAI PATEL, DARPAN PATEL,
and RONAK PATEL,

                Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on October 30, 2024; accepting Defendants' October 30, 2024 offer to allow judgment against them, jointly and severally, in the amount of $25,000.00, inclusive of legal fees, interest, and costs, with such judgment to be paid on or before January 31, 2025, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Lilian Carolina Yanes against Defendants Nilkhant 2 Car Wash, LLC, Rakeshbai Patel, Darpan Patel, and Ronak Patel, jointly and severally, in the amount of $25,000.00 inclusive of legal fees, interest, and costs, with such judgment to be paid on or before January 31, 2025; that pursuant to New York Labor Law § 1984(4) if this judgment is not paid in full on or before January 31, 2025, the amount of this judgment will automatically increase by ($3,750.00) 15%, and Plaintiff shall have the right to collect [additional] attorney's fees and costs incurred in enforcing [this] judgment; and that this case is closed.

Dated: November 1, 2024
       Central Islip, New York

                                                    BRENNA B. MAHONEY
                                                    CLERK OF COURT
                                           By:   /s/ James J. Toritto
                                                     Deputy Clerk